# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# ARRAIGNMENT MINUTES

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Leo I. Brisbois |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:        24-cr-118 (JRT/LIB) |
| | ) | Date:              May 6, 2024 |
| Jennifer Marie Stately, | ) | Courthouse:   Duluth |
| | ) | Courtroom:    3 |
| Defendant, | ) | Court Reporter:   Digital Recording |
| | | Time Commenced:   12:33 p.m. |
| | | Time Concluded:    12:38 p.m. |
| | | Time in Court:        5 minutes |

**APPEARANCES:**

| | |
|---|---|
| Plaintiff: | Garret Fields and Rachel Kraker, Assistant U.S. Attorney |
| Defendant: | Paul Engh, CJA |
| Pretrial Services: | Amaryllis Austin, Houa Vang |

**Indictment Dated:** 5/1/2024

X Reading of Indictment Waived      X Not Guilty Plea Entered

Other Remarks:

X Counsel to be notified of additional dates by separate Order to be issued.

<br>

s/JLB
Signature of Courtroom Deputy