UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 24-CR-118 (JRT/LIB)

| | |
|---|---|
| UNITED STATES OF AMERICA, | **SUPERSEDING INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 81 |
| | 18 U.S.C. § 1111(a) |
| v. | 18 U.S.C. § 1151 |
| | 18 U.S.C. § 1153(a) |
| JENNIFER MARIE STATELY, | 18 U.S.C. § 1153(b) |
| | Minn. Stat. § 609.378, sub.1(a)(1) |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

## OVERVIEW

1. On March 15, 2024, Jennifer Marie Stately and Minor A, Minor B, and Minor C were home alone when Stately attacked and killed Minor A and Minor B. Stately slashed at Minor A and Minor B with a knife or other sharp object and then set fire to the family home. Stately fatally stabbed Minor A in the chest. Minor B suffered non-fatal stab wounds but ultimately died from carbon monoxide poisoning—that is, smoke inhalation due to the fire Stately started.

2. Stately then took Minor C to her vehicle and fled the scene. That night around 9:00 p.m., an AMBER alert was issued. It worked. A motorist spotted Stately's vehicle and contacted law enforcement to report Stately's location. Acting on that information, law enforcement stopped Stately's

SCANNED
JUL 1 8 2024
U.S. DISTRICT COURT ST. PAUL

vehicle. Stately was driving the vehicle, while Minor C was in the back seat. When law enforcement recovered Minor C, they discovered that Minor C was suffering from visible signs of child neglect, including open sores and lesions on his body and rotten teeth in his mouth.

## COUNT 1
(Premeditated Murder as to Minor A and Minor B)

On or about March 15, 2024, in the State and District of Minnesota and within the exterior boundaries of the Red Lake Indian Reservation, the defendant,

**JENNIFER MARIE STATELY**,

an Indian adult, unlawfully killed Minor A and Minor B with malice aforethought, and the killings were premeditated, in violation of Title 18, United States Code, Section 1111(a).

## COUNT 2
(Murder in the Course of Committing Child Abuse as to Minors A and B)

On or about March 15, 2024, in the State and District of Minnesota and within the exterior boundaries of the Red Lake Indian Reservation, the defendant,

**JENNIFER MARIE STATELY**,

an Indian adult, unlawfully killed Minor A and Minor B with malice aforethought, and the killings were committed during the perpetration of child

abuse as to Minor A and Minor B, in violation of Title 18, United States Code, Section 1111(a).

## COUNT 3
(Murder in the Course of Committing Arson as to Minor B)

On or about March 15, 2024, in the State and District of Minnesota and within the exterior boundaries of the Red Lake Indian Reservation, the defendant,

**JENNIFER MARIE STATELY**,

an Indian adult, unlawfully killed Minor B with malice aforethought, and the killing was committed during the perpetration of arson, in violation of Title 18, United States Code, Section 1111(a).

## COUNT 4
(Arson)

On or about March 15, 2024, in the State and District of Minnesota and within the exterior boundaries of the Red Lake Indian Reservation, the defendant,

**JENNIFER MARIE STATELY**,

an Indian adult, willfully and maliciously set fire to the building at 14320 Circle Pines Road in Red Lake, Minnesota; the building was a dwelling; and the fire placed the life of another in jeopardy, all in violation of Title 18, United States Code, Section 81.

## COUNT 5
(Felony Child Neglect as to Minor C)

Between on or about December 28, 2023, and on or about March 15, 2024, in the State and District of Minnesota and within the exterior boundaries of the Red Lake Indian Reservation, the defendant,

**JENNIFER MARIE STATELY**,

an Indian adult who was a parent, legal guardian, or caretaker of Minor C, an Indian boy, did willfully deprive Minor C of necessary food, clothing, shelter, health care, and supervision appropriate to the child's age, despite being reasonably able to make the necessary provisions therefore, and which deprivation did substantially harm Minor C's physical, emotional, and mental health, all in violation of Title 18, United States Code, Sections 1151, 1153(a), and 1153(b), and Minnesota Statute, Section 609.378, subdivision 1(a)(1).

A TRUE BILL

_____     _____
UNITED STATES ATTORNEY              FOREPERSON