UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-118 (JRT/LIB)

UNITED STATES OF AMERICA,

      Plaintiff,

   v.

JENNIFER MARIE STATELY,

      Defendant.

**GOVERNMENT'S NOTICE OF INTENT TO CALL WITNESS**

The United States of America, by and through its undersigned attorneys, in accord with D. Minn. Local Rule 12.1(c)(3)(A), submits its notice of intent to call witnesses at the evidentiary hearing in the above-captioned matter.

| | |
|---|---|
| Number of Witnesses: | 1 witness: Todd County Sheriff's Deputy (To be determined based on availability) |
| Motion to be Addressed: | Motion to Suppress Statements of Defendant (ECF No. 41) |
| Estimated Duration of Total Direct Testimony: | 30 minutes |

Dated: October 15, 2024      Respectfully submitted,

      ANDREW M. LUGER
      United States Attorney

      *s/ Rachel Kraker*
      BY: RACHEL KRAKER
          GARRETT FIELDS

      Assistant United States Attorneys