# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| --- | --- | --- |
| | ) | BEFORE: Leo I. Brisbois |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 24-cr-118 (JRT/LIB) |
| | ) | Date: October 23, 2024 |
| Jennifer Marie Stately, | ) | Courthouse: Duluth |
| | ) | Courtroom: 3 |
| Defendant, | ) | Court Reporter: Digital Recording |
| | | Time Commenced: 10:32 a.m. |
| | | Time Concluded: 10:34 a.m. |
| | | Time in Court: 2 minutes |

APPEARANCES:

   Plaintiff:          Rachel Kraker, Assistant U.S. Attorney
   Defendant:      Paul Engh, CJA

**Superseding Indictment Dated:** 7/18/2024

   X Reading of Indictment Waived    X Not Guilty Plea Entered

Other Remarks:

                                                                                                     s/JLB
                                                                              Signature of Courtroom Deputy