UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
24-CR-118 (JRT/LIB)

| | |
|---|---|
| United States of America, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Jennifer Marie Stately, )<br>)<br>Defendant. ) | **DEFENDANT'S<br>RULE 12.2(a) NOTICE OF<br>INSANITY DEFENSE** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The defendant, Jennifer Marie Stately, through and by her attorney, Paul Engh, and in accordance Rule 12.2(a), Fed.R.Crim.P., hereby provides notice to the Government that she will rely on the defense of insanity. The predicate for this notice, and filed under seal, is the forensic evaluation of Jennifer Service, M.D.

Dated: December 5, 2024                    Respectfully submitted,

/s/ Paul Engh

_____
PAUL ENGH
Suite 2860
150 South Fifth Street
Minneapolis, MN 55402
(612) 252-1100

Attorney for Ms. Stately