# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# STATUS CONFERENCE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| JENNIFER MARIE STATELY, | ) |
| Defendant. | ) |

**COURT MINUTES - CRIMINAL**

| | |
|---|---|
| Case No: | 24-118 (JRT/LIB) |
| Date: | October 8, 2025 |
| Court Reporter: | Maria Weinbeck |
| Courthouse: | Minneapolis |
| Courtroom: | 14E |
| Time Commenced: | 2:49 p.m. |
| Time Concluded: | 3:03 p.m. |
| Time in Court: | 14 Minutes |

Before Judge John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
For Plaintiff:   Garrett S. Fields, Assistant U.S. Attorney and Rachel Lynn Kraker, Assistant U.S. Attorney
For Defendant:   Paul C. Engh

PROCEEDINGS:
   X The parties discuss the status of the case.
   X Trial dates and associated deadlines set.   Trial notice to be issued.

   s/Karen Moldenhauer
   Karen Moldenhauer, Judicial Assistant
   For Judge John R. Tunheim