UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 24-CR-118 (JRT/LIB)

| | |
|---|---|
| UNITED STATES OF AMERICA, | SECOND SUPERSEDING INDICTMENT |
| Plaintiff, | |
| v. | 18 U.S.C. § 81<br>18 U.S.C. § 1111<br>18 U.S.C. § 1151 |
| JENNIFER MARIE STATELY, | 18 U.S.C. § 1153(a)<br>18 U.S.C. § 3559 |
| Defendant. | 18 U.S.C. § 3591 |

THE UNITED STATES GRAND JURY CHARGES THAT:

## OVERVIEW

1. On March 15, 2024, Jennifer Marie Stately and Minor A, Minor B, and Minor C were home alone when Stately attacked and killed Minor A and Minor B. Stately slashed at Minor A and Minor B with a knife or other sharp object and then set fire to the family home. Stately fatally stabbed Minor A in the chest. Minor B suffered non-fatal stab wounds but ultimately died from carbon monoxide poisoning—that is, smoke inhalation due to the fire Stately started.

2. Stately then took Minor C to her vehicle and fled the scene. That night around 9:00 p.m., an AMBER alert was issued. It worked. A motorist spotted Stately's vehicle and contacted law enforcement to report Stately's



location. Acting on that information, law enforcement stopped Stately's vehicle. Stately was driving the vehicle, while Minor C was in the back seat.

## COUNT 1
(Premeditated Murder as to Minor A)

On or about March 15, 2024, in the State and District of Minnesota and within the exterior boundaries of the Red Lake Indian Reservation, the defendant,

**JENNIFER MARIE STATELY**,

an Indian adult, unlawfully killed Minor A, a child under the age of 18, with malice aforethought, and the killing was premeditated, in violation of Title 18, United States Code, Sections 1111(a), 3559(f), 3591(a)(2).

## COUNT 2
(Premeditated Murder as to Minor B)

On or about March 15, 2024, in the State and District of Minnesota and within the exterior boundaries of the Red Lake Indian Reservation, the defendant,

**JENNIFER MARIE STATELY**,

an Indian adult, unlawfully killed Minor B, a child under the age of 18, with malice aforethought, and the killing was premeditated, in violation of Title 18, United States Code, Sections 1111(a), 3559(f), 3591(a)(2).

## COUNT 3

(Murder in the Course of Committing Child Abuse as to Minor A)

On or about March 15, 2024, in the State and District of Minnesota and within the exterior boundaries of the Red Lake Indian Reservation, the defendant,

**JENNIFER MARIE STATELY**,

an Indian adult, unlawfully killed Minor A, a child under the age of 18, with malice aforethought, and the killing was committed during the perpetration of child abuse as to Minor A, in violation of Title 18, United States Code, Sections 1111(a), 3559(f), 3591(a)(2).

## COUNT 4
(Murder in the Course of Committing Child Abuse as to Minor B)

On or about March 15, 2024, in the State and District of Minnesota and within the exterior boundaries of the Red Lake Indian Reservation, the defendant,

**JENNIFER MARIE STATELY**,

an Indian adult, unlawfully killed Minor B, a child under the age of 18, with malice aforethought, and the killing was committed during the perpetration of child abuse as to Minor B, in violation of Title 18, United States Code, Sections 1111(a), 3559(f), 3591(a)(2).

## COUNT 5
(Murder in the Course of Committing Arson as to Minor B)

On or about March 15, 2024, in the State and District of Minnesota and within the exterior boundaries of the Red Lake Indian Reservation, the defendant,

**JENNIFER MARIE STATELY**,

an Indian adult, unlawfully killed Minor B, a child under the age of 18, with malice aforethought, and the killing was committed during the perpetration of arson, in violation of Title 18, United States Code, Sections 1111(a), 3559(f), 3591(a)(2).

## COUNT 6
(Arson)

On or about March 15, 2024, in the State and District of Minnesota and within the exterior boundaries of the Red Lake Indian Reservation, the defendant,

**JENNIFER MARIE STATELY**,

an Indian adult, willfully and maliciously set fire to the building at 14320 Circle Pine Road in Red Lake, Minnesota; the building was a dwelling; and the fire placed the life of another in jeopardy, all in violation of Title 18, United States Code, Section 81.

A TRUE BILL

_____   _____
UNITED STATES ATTORNEY           FOREPERSON