UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
24-CR-118(JRT/LIB)

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **DEFENDANT'S EXHIBIT LIST** |
| v. ) | |
| ) | |
| Jennifer Marie Stately, ) | |
| ) | |
| Defendant. ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The Defendant, Jennifer Marie Stately, through and by your undersigned lawyers, may offer the following Exhibits at trial:

1. The CV of Jennifer Service, M.D.
2. Photographs of Ms. Stately after her arrest.
3. Video tape of Brian Graves and Ms. Stately.
4. Video tape of Brian Graves and Ms. Stately.
5. Photographs of Ms. Stately and her children.
6. Conviction records of Brian Graves.

Dated: January 22, 2026                Respectfully submitted,

*/s/ Paul Engh*
Paul Engh Atty #134685
Suite 2860
150 South Fifth Street
Minneapolis, MN 55402
612.252.1100
Engh4@aol.com
Counsel for Ms. Stately

1