UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Criminal No. 24-118 (JRT/LIB) |
| v. | |
| JENNIFER MARIE STATELY, | ORDER ON CONSENT TO TRY CASE IN FOURTH DIVISION |
| Defendant. | |

---

Both the United States and Defendant Jennifer Marie Stately have requested and consented to trial in this case at the Minneapolis Courthouse in the Fourth Division in the District of Minnesota.  (*See* Docket Nos. 88–90.)  Since trial is normally required to be in the division in which the alleged offense occurred, venue in this case would normally be in the District's Sixth Division at the Fergus Falls Courthouse, which would utilize jurors from the Sixth Division.  The Defendant has waived her right to a trial in the Sixth Division, as well as her right to be tried before a Sixth Division jury.

Addressing the trial location first, while the Court does not necessarily agree that the winter weather in Fergus Falls would make it more difficult to complete the trial since winter weather in Minneapolis is typically just as challenging, the Court will grant the parties' request and order that the trial be moved to the Fourth Division.  For a trial of this anticipated length, the location will make it easier for the parties to arrange for necessary witnesses and to conduct the trial.

The Court will also grant Defendant's waiver of her right to a Sixth Division jury. The Defendant's waiver language, however, is somewhat unclear as she consents to a trial in the Fourth Division and purports to consent to **a jury selected from the Fourth Division only**. Trials in the Fourth Division, however, utilize jurors randomly drawn from the Fourth and the Third Divisions. *See* Jury Selection Plan, U.S. District Court, District of Minnesota, Rule 16. Under the Court's jury plan, it is not possible to select jurors only from the Fourth Division. The Court will assume the Defendant's waiver indicates consent to trial before a jury selected from the Third and Fourth Divisions, unless the Court hears otherwise from Defendant.

The Court will hold a pretrial conference on February 4, 2026, and trial is set to begin February 9.

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Waiver of the Right to Trial in, and Jurors from, the Sixth Division is **GRANTED** as follows:

    A. Trial will be conducted at the Minneapolis Courthouse in the Fourth Division.

    B. Pursuant to the District of Minnesota's Jury Selection Plan, the jury pool will be selected from the Third and Fourth Divisions.

DATED:  January 23, 2026                     _____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.                              JOHN R. TUNHEIM
                                                     United States District Judge