# UNITED STATES DISTRICT COURT
## STATE AND DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA v. JENNIFER MARIE STATELY | GOVERNMENT'S PROPOSED EXHIBIT LIST<br><br>Criminal No. 24-118 (JRT/LIB) |
|---|---|

| PRESIDING JUDGE<br>The Honorable John R. Tunheim | GOVERNMENT'S COUNSEL<br>Rachel L. Kraker<br>Garrett S. Fields<br>Assistant U.S. Attorneys | DEFENDANT'S COUNSEL<br>Paul Engh, Esq. |
|---|---|---|
| TRIAL DATE<br>February 9, 2026 | COURT REPORTER | COURTROOM DEPUTY<br>Karen Moldenhauer |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | | | | 911 Call placed by Clint Hardy |
| 2 | | | | | Google Maps of Red Lake Reservation and Circle Pines area – Stately Residence pinned, construction residence pinned |
| 3 | | | | | Dash Cam Video Officer Heyer |
| 4 | | | | | Scene photos taken by Red Lake Police |
| 5 | | | | | BCA Video of Stately Residence |
| 6 | | | | | Diagrams – Layout of Stately Home |
| 7 | | | | | Photos of Crime Scene |
| 8 | | | | | Physical Evidence – Small Ties and Ropes |
| 9 | | | | | Gas Can |
| 10 | | | | | Gas Can nozzle |
| 11 | | | | | Lighter Fluid bottle |
| 12 | | | | | Ring Camera Video from Lussier Residence |
| 13 | | | | | Amber Alert Document |
| 14 | | | | | Gas Station Video |
| 15 | | | | | TCSO BWC Video (Schwartz) |
| 16 | | | | | Todd County Vehicle Photos on Scene |
| 17 | | | | | Squad Video of Stately's Statement to Officer Vail |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 18 | | | | | Body Worn Camera of Stately's Booking and Still Frames |
| 19 | | | | | Booking Health Questionnaire Document |
| 20 | | | | | TCSO Photos of Stately's Clothing |
| 21 | | | | | Photos of Stately's Hands and Person |
| 22 | | | | | Photos of Car/Evidence Processing |
| 23 | | | | | Red Lake enrollment document for Jennifer Stately |
| 24 | | | | | Maps of Red Lake to Park Rapids, Park Rapids to Long Prairie |
| 25 | | | | | Selected Jail Calls |
| 26 | | | | | Selected records from Phone Extraction |
| 27 | | | | | Selected Medical Records and Certificates of Authenticity |
| 28 | | | | | Spark of Life Photo Minor A |
| 29 | | | | | Spark of Life Photo Minor B |
| 30 | | | | | Lorenzo Favela Video taken at Stately Home |
| 31 | | | | | Autopsy Photos – Minor A |
| 32 | | | | | Autopsy Photos – Minor B |
| 33 | | | | | ATF Scene Photos Exterior |
| 34 | | | | | ATF Scene Photos Interior |
| 35 | | | | | ATF Diagrams |
| 36 | | | | | Dr. Tiffany Smith CV |
| 37 | | | | | |
| 38 | | | | | |
| 39 | | | | | |
| 40 | | | | | |
| 41 | | | | | |
| 42 | | | | | |
| 43 | | | | | |
| 44 | | | | | |
| 45 | | | | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 46 | | | | | |
| 47 | | | | | |
| 48 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | *Any exhibits listed on the defendant's exhibit list* |
| | | | | | *The Government reserves the right to edit or modify this exhibit as it continues to prepare for trial, and to introduce additional exhibits as the evidence develops at trial and in rebuttal.* |