### UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Criminal No. 24-118 (JRT/LIB) |
| v. | **ORDER** |
| JENNIFER MARIE STATELY, | |
| Defendant. | |

At the February 4, 2026 hearing on the parties' motions in limine, the Court deferred ruling on Ms. Stately's first three motions, which seek exclusion of photographs and video of the bodies of the victims and the burned property in Red Lake.  The Court has reviewed the many photos and one video the Government offers for admission.  In light of the nature of the charges in this case, which include allegations of abuse of the children, the Court will deny Stately's motions to exclude under Rule 403, as the photos and video are not unduly prejudicial, nor will they confuse or mislead the jury.

However, while the Court appreciates the Government's efforts at reducing the number of photos offered for admission, the Court still considers many of the photos, particularly of the burn damage to the home, to be duplicative.  Indeed, many of the photos look virtually identical.  The Court will order the Government to reduce the number of photos offered for admission such that each photo has a specific probative purpose and is not repetitive of other photos.

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Stately's First, Second, and Third Motions in Limine (Docket No. [94]) are **DENIED**.

    a. However, The United States shall reduce the number of photos offered for admission and shall ensure that the photos are not duplicative or repetitive.

2. The remainder of Stately's Motions in Limine (Docket No. [94]) and the Government's Motions in Limine (Docket No. [100]) are **GRANTED**, **DENIED**, or **DEFERRED** as ordered at the February 4, 2026 hearing.

DATED:  February 6, 2026　　　　　　　　　　_____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.　　　　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　　　　United States District Judge