# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL JURY TRIAL

| | |
|---|---|
| United States of America,<br>　　　　　　　　　Plaintiff,<br>v.<br>Jennifer Marie Stately,<br>　　　　　　　　　Defendant. | **COURT MINUTES**<br>Case Number: 24-118 (JRT/LIB)<br><br>Date:　　　　　　February 11, 2026<br>Court Reporter: Rachel Braun<br>Courthouse:　　　Minneapolis<br>Courtroom:　　　　14E<br>Time Commenced: 9:06 - 10:11 am/10:27 am – 11:31 am/11:41 – 12:09 pm/1:20 – 2:29 pm/2:46 – 3:41pm<br>Time Concluded:　　3:41 pm<br>Time in Court:　　　4 Hours & 41 Minutes |

Trial before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

　For Plaintiff:　　Rachel Kraker, Garrett Fields
　For Defendant:　Paul Engh

PROCEEDINGS:

X  **Jury Trial**
X  Trial continued to February 17, 2026 at 9:00 a.m.
X  Plaintiff's witnesses:　　Tyler Schwartz, Lisa Bauer, Paul Voss, Christina Allen, Brad Klag

IT IS ORDERED:

X　Defendant remanded to the custody of the U.S. Marshal.

　　　　　　　　　　　　　　　　　　　　　　　　　　s/Karen Moldenhauer
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Judicial Assistant
　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk