# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL JURY TRIAL

| | |
|---|---|
| United States of America,<br>　　　　　　　Plaintiff,<br>v.<br>Jennifer Marie Stately,<br>　　　　　　　Defendant. | **COURT MINUTES**<br>Case Number: 24-118 (JRT/LIB)<br><br>Date:　　　　　　February 19, 2026<br>Court Reporter: Rachel Braun<br>Courthouse:　　　Minneapolis<br>Courtroom:　　　14E<br>Time Commenced: 9:09 am – 9:31 am/9:39 am – 10:58 am<br>Time Concluded:　　10:58 am<br>Time in Court:　　1 Hour & 41 Minutes |

Trial before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

　For Plaintiff:　　Rachel Kraker, Garrett Fields
　For Defendant:　Paul Engh

PROCEEDINGS:

X  **Jury Trial**
X　Trial continued to February 23, 2026 at 9:00 a.m.
X　No trial on Friday, February 20, 2026
X　Plaintiff's witness:　　Brad Klag
X　Defendant's witness:　Brian Graves

IT IS ORDERED:

X　Defendant remanded to the custody of the U.S. Marshal.


　　　　　　　　　　　　　　　　　　　　　　　　　　　 s/Karen Moldenhauer
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Judicial Assistant
　　　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk