# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL JURY TRIAL

| | | |
|---|---|---|
| United States of America, | | **COURT MINUTES** |
| | Plaintiff, | Case Number: 24-118 (JRT/LIB) |
| v. | | |
| Jennifer Marie Stately, | | Date: February 23, 2026 |
| | | Court Reporter: Rachel Braun |
| | Defendant. | Courthouse: Minneapolis |
| | | Courtroom: 14E |
| | | Time Commenced: 9:03 – 10:25 a.m./10:40 – 11:42 a.m./12:48 – 2:06 p.m./2:20 – 3:21 p.m./3:45 – 4:34 p.m. |
| | | Time Concluded: 4:34 p.m. |
| | | Time in Court: 5 Hours & 32 Minutes |

Trial before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

  For Plaintiff:    Rachel Kraker, Garrett Fields
  For Defendant:  Paul Engh

PROCEEDINGS:

X  **Jury Trial**
X  Trial continued to February 25, 2026 at 9:00 a.m.
X  No trial on Tuesday, February 24, 2026
X  Plaintiff's witness:    Tiffany Smith
X  Defendant's witness:  Jennifer Service

IT IS ORDERED:

X   Defendant remanded to the custody of the U.S. Marshal.


                                                                                        s/Karen Moldenhauer
                                                                                             Judicial Assistant
                                                                                        Courtroom Deputy Clerk