# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL JURY TRIAL

| | |
|---|---|
| United States of America,<br>　　　　　　　　Plaintiff,<br>　v.<br>Jennifer Marie Stately,<br>　　　　　　　　Defendant. | **COURT MINUTES**<br>Case Number: 24-118 (JRT/LIB)<br><br>Date:　　　　　February 25, 2026<br>Court Reporter: Rachel Braun<br>Courthouse:　　Minneapolis<br>Courtroom:　　　14E<br>Time Commenced: 8:39 – 8:49 a.m./9:08 – 10:01 a.m./10:15 – 11:31 a.m./11:40 – 12:33 p.m./1:32 – 1:40 p.m.<br>Time Concluded:　　1:40 p.m.<br>Time in Court:　　3 Hours & 20 Minutes |

Trial before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
　For Plaintiff:　　Rachel Kraker, Garrett Fields
　For Defendant:　Paul Engh

PROCEEDINGS:
X　**Jury Trial Ended**
X　Closing arguments.
X　Jury received case at 12:33 p.m.
X　Verdict Rec'd at 1:32 p.m. for:
　　X　Guilty as to Counts 1 – 6
X　Physical exhibits returned to U.S. Attorney's Office

IT IS ORDERED:
X　Clerk to file Verdict.
X　Presentence Investigation and Report requested.
X　Sentencing to be scheduled.
X　Defendant remanded to the custody of the U.S. Marshal.

　　　　　　　　　　　　　　　　　　　　　　　s/Karen Moldenhauer
　　　　　　　　　　　　　　　　　　　　　　Judicial Assistant/Courtroom Deputy Clerk