# UNITED STATES DISTRICT COURT
## District of Minnesota
NOTICE OF APPEAL

| | |
|---|---|
| United States of America,<br>Plaintiff, | 24-CR-118 (JRT)<br>District Court Docket No. |
| vs<br>Jennifer Marie Stately,<br>Defendant. | John R. Tunheim<br>District Court Judge |

Notice is given that Jennifer M. Stately appeals to the United States Court of Appeals for the Eighth Circuit from the ☒ Judgment & Commitment ☐ Order (Specify) entered in this action on November 17, 2026

| | |
|---|---|
| *s/Paul Engh*<br>Signature of Defendant's Counsel | Paul Engh<br>Typed name of Defendant's Counsel |
| 150 S. Fifth St., Suite 2860<br>Street Address/Room Number | (612) 252-1100<br>Telephone Number |
| Minneapolis, MN 55402<br>City State Zip | 11/23/2026<br>Date |

## TRANSCRIPT ORDER FORM
## TO BE COMPLETED BY ATTORNEY FOR APPELLANT

| Please Prepare a transcript of: | I am not ordering a transcript because: |
|---|---|
| ☒ Entire trial, including pretrial hearing, voir dire, openings, testimony, closings and jury instructions | ☐ Previously filed |
| ☐ Portions thereof ______ | ☐ Other (Specify) ______ |
| ☒ Sentencing | |
| ☐ Post Trial Proceedings | |
| ☐ Other (Specify) ______ | |

**CERTIFICATE OF COMPLIANCE**

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon US District Court, court reporter and all counsel of record, and that satisfactory arrangements for payment of costs of transcripts ordered have been made with the court reporter. (FRAP 10(b)). Method of payment ☐ Funds, ☒ CJA Form 24 completed

| | |
|---|---|
| *s/Paul Engh*<br>Attorney's Signature | 11-23-2026<br>Date |

**NOTE: Complete All Items on Reverse Side**

**INFORMATION SHEET**
**TO BE COMPLETED BY ATTORNEY FOR APPELLANT**

1. Defendant's Address: Crow Wing County Adult Detention Center
213 Laurel Street, Brainerd, MN 56401

2. Date of Sentence: November 6, 2026 Jury ☒

Offenses: Murder in the 1st Degree (Counts 1-5) and Arson (Count 6)

Trial Testimony - Number of days 9 Bail Status: Detained

3. Sentence and Date Imposed: Life in prison on all counts, to be served concurrently.

4. Appealing: Sentence ☒ Conviction ☒ Both ☒

Challenging:
- ☐ Application of Sentencing Guidelines
- ☐ Constitutionality of Guidelines
- ☒ Both Application and Constitutionality

5. Date Trial Transcript ordered by Counsel or District Court: 11/17/2026

Stenographer in Charge: Rachel Braun 612-664-5108
(Name, Address, Phone) U.S. Courthouse,
300 South Fourth Street
Minneapolis, MN 55415

6. Trial Counsel Was: ☒ Appointed (no fee required) ☐ Retained (filing fee $455 unless IFP granted)

Does Defendant's financial status warrant appointment of counsel on appeal?

☒ Yes ☐ No

Affidavit of Financial Status filed: No

Is there any reason why trial counsel should not be appointed as counsel on appeal?

☐ Yes ☒ No

7. Assistant US Attorney Name and Phone No.: Garrett Fields
(612) 664-5600

**Court Reporter Acknowledgment**

Date Order Received ________ Estimated Completion Date ________ Est. Number of Pages ________

Court Reporter Signature ________ Date ________