# UNITED STATES DISTRICT COURT

**District of Minnesota**

**REVISED INFORMATION SHEET-Criminal Cases Only**

---

1. United States of America v. Jennifer Marie Stately CR 24-118 JRT/LIB
2. Defendant and Address: Reg. No. 12087-511
   Crow Wing County Adult Detention Center
   213 Laurel Street
   Brainerd, MN 56401
3. Date of Verdict: 2/25/2026, Guilty, by Jury
4. Appealing: ☒ Conviction and Sentence
5. Sentence: Custody of BOP for Life , 5 years supervised release, special assmt of $600
6. Date sentence imposed: 11/6/2026
7. Defendant incarcerated? ☒ Yes
8. Financial Status: Fee paid? ☒ N/A Counsel Appointed
9. Notice of Appeal was filed on 11/23/2026
10. Court Reporter: Paula Richter, Rachel Braun,
    Maria Weinbeck (courtreportercoordinator@mnd.uscourts.gov)
11. Trial Counsel: Paul Engh, 150 S Fifth Street, Suite 2860, Minneapolis, MN 55402, 612-525-1100
12. Trial Counsel was: ☒ Appointed

    Is there any reason why trial counsel should not be appointed on appeal? ☒ No
13. Assistant U.S. Attorney: Garrett S. Fields, (612) 664-5600
14. List of other defendants in this case & disposition: N/A
15. Additional Comments:

Prepared by: ach